IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER SANDERS,

    Plaintiff,

v.

WARDEN WALLACE,
CAPTAIN CHADA and MS. LUNDMARK,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-206-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing plaintiff's claims against Warden Wallace and Captain Chada; and

    (2) granting summary judgment in favor of Ms. Lundmark and dismissing this case.

By: _____    6-29-12
    Peter Oppeneer, Clerk of Court          Date